Joel E. Tasca, Esq.
Nevada Bar No. 14142
BALLARD SPAHR LLP
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Defendant, Sunrun Installation Services, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT COMPTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INSTALLATION SERVICES, INC., a foreign corporation,<br><br>Defendant. | Case No.: 2:24-cv-00911-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE CONFIDENTIAL MEDIATION STATEMENTS** |

Pursuant to section 2(a) of the Court's Order Setting Mediation, Robert Compton ("Plaintiff") and Sunrun Installation Services, Inc. ("Defendant"), by and through their undersigned counsel, hereby respectfully request that both parties be given up to and including September 9, 2024, to file confidential mediation statements in this matter. Counsel for both parties currently have extremely heavy caseloads and, accordingly, they will need additional time to provide a detailed factual and legal analysis of the parties' respective positions in this matter.

. . .

. . .

DMFIRM #412994218 v1

The current deadline for the parties' to request an extension of time to file confidential mediation statements in this matter is July 10, 2024. *See* Order Setting Mediation at §2(a). Therefore, the parties' request is timely.

Dated: July 3, 2024

| BALLARD SPAHR LLP | LAGOMARSINO LAW |
|---|---|
| By: /s/ Joel Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>1980 Festival Plaza, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Sunrun Installation Services, Inc.*<br>. | By: /s/ Taylor Jorgensen<br>Andre M. Lagomarsino<br>Nevada Bar No. 6711<br>Taylor Jorgensen<br>Nevada Bar No. 16259<br>3005 W. Horizon Ridge Pkwy, #241<br>Henderson, Nevada 89052<br>aml@lagomarsinolaw.com<br><br>*Attorney for Plaintiff*<br>*Robert Compton*<br>(signed by filing attorney with permission) |

## ORDER

IT IS SO ORDERED: The Court DENIES the parties Stipulation (ECF No. 9). The Stipulation requests an extension to September 9, 2024, to submit the parties confidential settlement briefs. The settlement conference, however, is scheduled for July 18, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-8-24

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE CONFIDENTIAL MEDIATION STATEMENTS** was served on this 3rd day of July 2024, via the Court's electronic filing system to the below parties:

>Andre M. Lagomarsino, Esq.
>Taylor Jorgensen, Esq.
>LAGOMARISINO LAW
>3005 W. Horizon Ridge Pkwy, #241
>Henderson, Nevada 89052
> AML@lagomarsinolaw.com
>Taylor@lagomarsinolaw.com

*Attorneys for Plaintiff Robert Compton*

/s/ M.K. Carlton
An Employee of BALLARD SPAHR LLP