1  Joel E. Tasca, Esq.
   Nevada Bar No. 14142
2  BALLARD SPAHR LLP
   One Summerlin
3  1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135-2958
4  Telephone: (702) 471-7000
   Facsimile: (702) 471-7070
5  tasca@ballardspahr.com

6  *Attorneys for Defendant, Sunrun*
   *Installation Services, Inc.*

7

8              UNITED STATES  DISTRICT COURT
                    DISTRICT OF NEVADA
9

10  ROBERT COMPTON, an individual,        | Case No.: 2:24-cv-00911-JAD-EJY

11              Plaintiff,                 | **STIPULATION AND ORDER TO
                                            RESCHEDULE MEDIATION SESSION
12  v.                                      AND EXTEND TIME FOR THE
                                            PARTIES TO FILE CONFIDENTIAL
13  SUNRUN INSTALLATION SERVICES,           MEDIATION STATEMENTS**
    INC., a foreign corporation,
14
                Defendant.
15

16          Pursuant to section 2(a) of the Court's Order Setting Mediation, Robert Compton

17  ("Plaintiff") and Sunrun Installation Services, Inc. ("Defendant"), by and through their

18  undersigned counsel, hereby respectfully request that both parties be given up to and

19  including September 9, 2024, to file confidential mediation statements in this matter,

20  and that the Mediation Session to address the same be rescheduled for September 16,

21  2024, or some other date thereafter that is agreeable to the Court and the parties'

22  counsel.  Counsel for both parties currently have extremely heavy caseloads and,

23  accordingly, they need additional time to provide a detailed factual and legal analysis

24  of the parties' respective positions in this matter.

25

26

27  . . .

28

DMFIRM #412994218 v2

. . .

The current deadline for the parties' to request an extension of time to file confidential mediation statements in this matter is July 11, 2024.  *See* Order Setting Mediation at §2(a).  Therefore, the parties' request is timely.

Dated:  July 8, 2024

BALLARD SPAHR LLP

By:  /s/  Joel Tasca
Joel E. Tasca
Nevada Bar No. 14124
1980 Festival Plaza, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*
*Sunrun Installation Services, Inc.*
.

LAGOMARSINO LAW

By: /s/ Taylor Jorgensen
Andre M. Lagomarsino
Nevada Bar No. 6711
Taylor Jorgensen
Nevada Bar No. 16259
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
aml@lagomarsinolaw.com

*Attorney for Plaintiff*
*Robert Compton*
(signed by filing attorney with permission)

## ORDER

IT IS SO ORDERED: Confidential settlement briefs are due 9/9/2024. The ENE is continued to 9/30/24. The rest of the Court's prior order remains in full effect.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  _7-11-24_____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **STIPULATION AND ORDER TO RESCHEDULE MEDIATION SESSION AND EXTEND TIME FOR THE PARTIES TO FILE CONFIDENTIAL MEDIATION STATEMENTS** was served on this 9th day of July 2024, via the Court's electronic filing system to the below parties:

> Andre M. Lagomarsino, Esq.
> Taylor Jorgensen, Esq.
> LAGOMARISINO LAW
> 3005 W. Horizon Ridge Pkwy, #241
> Henderson, Nevada 89052
> AML@lagomarsinolaw.com
> Taylor@lagomarsinolaw.com

> *Attorneys for Plaintiff Robert Compton*

/s/ M.K. Carlton
An Employee of BALLARD SPAHR LLP

BALLARD SPAHR LLP
One Summerlin
1980 Festival Plaza Drive, Suiter 900
Las Vegas, Nevada 89135-2958
Telephone: 702-471-7000