**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Robert Compton*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT COMPTON, an individual<br><br>　　Plaintiff,<br><br>vs.<br><br>SUNRUN INSTALLATION SERVICES INC., a foreign corporation.<br><br>　　Defendant. | CASE NO.: 2:24-cv-00911-JAD-EJY<br><br>**STIPULATION AND ORDER TO COMPEL ARBITRATION AND DISMISS THE CASE**<br><br>**ECF No. 18** |

Plaintiff ROBERT COMPTON ("Plaintiff") and Defendant SUNRUN INSTALLATION SERVICES INC. ("Defendant") and by and through their respective counsel, hereby request that this matter before the United States District Court for the District of Nevada be compelled to arbitration in accordance with the terms set forth in Defendant's Agreement to Arbitrate and Waiver and Plaintiff's acknowledgement thereof and that this matter be dismissed. The Parties have agreed to proceed with arbitration before the American Arbitration Association ("AAA"). Hence, the AAA Employment Arbitration Rules and Procedures will apply to the arbitration proceedings. Nothing in this Stipulation and Order to Compel to Arbitration and Dismiss the Case shall be deemed a waiver and/or release for the Parties to present such claims and/or defenses in arbitration.

…

…

Therefore, it is Ordered that this matter is compelled to arbitration and is dismissed.

DATED this 12th day of August, 2024.   DATED this 12th day of August, 2024

**LAGOMARSINO LAW**   **BALLARD SPAHR LLP**

/s/ Taylor N. Jorgensen   /s/ David E. Chavez
ANDRE M. LAGOMARSINO, ESQ. (#6711)   DAVID E. CHAVEZ, ESQ. (#15192)
TAYLOR N. JORGENSEN, ESQ. (#16259)   1980 Festival Plaza Drive, Suite 900
3005 W. Horizon Ridge Pkwy., #241   Las Vegas, Nevada 89135-2958
Henderson, Nevada 89052   Telephone: (702) 471-7000
Telephone: (702) 383-2864   Facsimile: (702) 471-7070
Facsimile: (702) 383-0065   *Attorney for Defendant Sunrun Installation*
*Attorneys for Plaintiff Robert Compton*   *Services Inc.*

## ORDER

Based on the parties' stipulation [ECF No. 18] and with good cause appearing, IT IS SO ORDERED.  This case is DISMISSED without prejudice to its resolution by arbitration.  Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED:  **8/13/24**